IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA S. SMIDGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | NO.: 2:22-cv-01578-MJH |
| FRANCES CURD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | NO.: 2:23-cv-00895-MJH |
| KAYLA MANDENG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | NO.: 2:23-cv-00784-MJH |

**JOINT MOTION TO CONSOLIDATE CASES**

Pursuant to Fed. R. Civ. P. 42(a), Plaintiffs Malinda S. Smidga, Frances Curd, and Kayla Mandeng ("Plaintiffs") and Defendant Spirit Airlines, Inc. ("Defendant") (together, the "Parties") hereby respectfully move this Court to consolidate the following cases (the "Actions") for all purposes, excluding trial:

(1) *Smidga v. Spirit Airlines, Inc.*, 2:22-cv-01578-MJH;

(2) *Curd v. Spirit Airlines, Inc.*, 2:23-cv-00895-MJH; and

(3) *Mandeng v. Spirit Airlines, Inc.*, 2:23-cv-00784-MJH.

As explained in the attached Memorandum of Law, which is incorporated by reference herein, consolidation is warranted because the Actions present common issues of law and fact, and consolidation will promote judicial economy and convenience.

Respectfully submitted:

| | |
|---|---|
| **LYNCH CARPENTER, LLP** | **GREENBERG TRAURIG, LLP** |
| *s/ Elizabeth Pollock-Avery* | *s/ Brian T. Feeney* |
| Gary F. Lynch, Esq. | Brian T. Feeney, Esq. |
| Kelly K. Iverson, Esq. | 1717 Arch Street, Suite 400 |
| Jamisen A. Etzel, Esq. | Philadelphia, PA 19103 |
| Elizabeth Pollock-Avery, Esq. | P: (215) 988-7812 |
| Nicholas A. Colella, Esq. | Brian.Feeney@gtlaw.com |
| Patrick D. Donathen, Esq. | |
| 1133 Penn Avenue, 5th Floor | Rebekah S. Guyon, Esq. (admitted *pro hac vice*) |
| Pittsburgh, PA 15222 | 1840 Century Park East, Suite 1900 |
| P: 412-322-9243 | Los Angeles, CA 90067-2121 |
| gary@lcllp.com | P: (310) 586-7716 |
| kelly@lcllp.com | Rebekah.guyon@gtlaw.com |
| jamisen@lcllp.com | |
| elizabeth@lcllp.com | Mark A. Salky, Esq. (admitted *pro hac vice*) |
| nickc@lcllp.com | Jordanna Ishmael, Esq. (admitted *pro hac vice*) |
| patrick@lcllp.com | 333 SE 2nd Avenue, Suite 4400 |
| | Miami, FL 33131 |
| *Attorney for Plaintiffs Kayla Mandeng and Malinda S. Smidga* | P: (305) 579-0816 |
| | mark.salky@gtlaw.com |
| Dated: June 30, 2023 | ishmaelj@gtlaw.com |
| | |
| | *Attorney for Defendant Spirit Airlines, Inc.* |
| | |
| | Dated: June 30, 2023 |

**HAUSFELD LLP**

*s/ Steven N. Nathan*
Steven N. Nathan, Esq. (D.Md. Bar No. 30618)
33 Whitehall Street
Fourteenth Floor
New York, NY 10034
P: (646) 357-1100
snathan@hausfeld.com

*Attorneys for Plaintiff*
*Frances Curd*

Dated: June 30, 2023

## CERTIFICATE OF SERVICE

I, Brian T. Feeney, hereby certify that on this 30th day of June, 2023, I caused a true and correct copy of the foregoing Joint Motion for Consolidation to be served via this Court's electronic filing service on all counsel of record.

/s/ Brian T. Feeney
Brian T. Feeney, Esq.