IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA S. SMIDGA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>    Defendant. | NO.: 2:22-cv-01578-MJH |
| FRANCES CURD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>    Defendant. | NO.: 2:23-cv-00895-MJH |
| KAYLA MANDENG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>    Defendant. | NO.: 2:23-cv-00784-MJH |

**<u>ORDER</u>**

AND NOW, this  5th  day of   July    , 2023, upon consideration of the parties' Joint Motion for Consolidation, it is ORDERED as follows:

1. *Smidga v. Spirit Airlines, Inc.*, 2:22-cv-01578-MJH is hereby consolidated with *Curd v. Spirit Airlines, Inc.*, 2:23-cv-00895-MJH and *Mandeng v. Spirit Airlines, Inc.*, 2:23-cv-00784-MJH, for all purposes excluding trial, with all further filings to be made under the first filed action, *Smidga v. Spirit Airlines, Inc.*, 2:22-cv-01578-MJH;

2. Plaintiffs shall file a Consolidated Amended Complaint within forty-five days of this Order;

3. Spirit shall have forty-five days from the filing of the Consolidated Amended Complaint to file any answer or Rule 12 motion(s); and

4. All pending motions to dismiss in these Actions are denied as moot in light of the forthcoming filing of the Consolidated Amended Complaint.

IT IS SO ORDERED.

BY THE COURT

*Marilyn J. Horan*, J.