IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA S. SMIDGA, FRANCES CURD, and KAYLA MANDENG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-01578-MJH |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2023, upon consideration of the Motion to Dismiss the Consolidated Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and (12)(b)(6) filed by Defendant Spirit Airlines, Inc.,

**IT IS ORDERED**:

That the Consolidated Amended Complaint be and hereby is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); and

Further that the Consolidated Amended Complaint be and hereby is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**BY THE COURT**:

_____
Hon. Marilyn J. Horan

1