IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALINDA A. SMIDGA, FRANCES CURD, and KAYLA MANDENG, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | 2:22-cv-1578-MJH 2:23-cv-00784-MJH 2:23-cv-00895-MJH |
| Plaintiffs, | | |
| v. | | |
| SPIRIT AIRLINES, INC., | | Judge Marilyn J. Horan |
| Defendant. | | |

## **ORDER**

By this Court's April 5, 2024 Opinion and Order (ECF No. 80), Spirit's Motion to Dismiss (ECF No. 57) for lack of subject matter jurisdiction was granted. Plaintiffs were granted leave to amend their Consolidated Complaint, if they could amend consistent with the Court's directives in its Opinion. The Court further ordered that any amendment should be filed on or before April 19, 2024, or the Court would dismiss this consolidated action for lack of subject matter jurisdiction. (ECF No. 80). Because no amendment has been filed, the Court hereby dismisses the consolidated action pursuant to Fed. R. Civ. P. 58.

The Clerk shall mark these actions closed.

SO ORDERED this 22nd day of April 2024.

Marilyn J. Horan
United States District Judge

cc:   All counsel of record