IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA A. SMIDGA, KAYLA MANDENG, and FRANCES CURD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | Case No. 2:22-cv-01578-MJH |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

AND NOW, this  1st  day of  May , 2024, the Motion for Leave to Withdraw as Attorney is hereby GRANTED. The Clerk of Court is directed to withdraw the appearance of Elizabeth Pollock-Avery on behalf of Plaintiffs and to remove her from the service list for ECF notices.

Marilyn J. Horan
United States District Judge